IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Municipal Mortgage & Equity, LLC | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No: AMD 00 CV 0171 |
| | * | |
| Southfork Apartments Limited Partnership | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATED EXTENSION OF TIME TO FILE REPLY BRIEF**

The parties to the above-referenced action, by their undersigned attorneys, hereby stipulate and agree that Defendant shall file and serve its Reply Memorandum in Support of its Motion to Dismiss and/or Transfer Venue on or before April 4, 2000.

_____   _____
Thomas C. Dame   (No. 08352)   Mark D. Gately (No. 00134)
GALLAGHER, EVELIUS & JONES, LLP   MILES & STOCKBRIDGE, P.C.
218 North Charles Street, Suite 400   10 Light Street
Baltimore, MD  21201   Baltimore, MD  21202

Attorneys for Plaintiff   Attorneys for Defendant

SO ORDERED: _____
UNITED STATES DISTRICT COURT JUDGE
3/29/2000