**ORIGINAL**

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 31 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

NOTE: EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR MOTION FOR ADMISSION PRO HAC VICE, PAYABLE TO CLERK, U. S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Municipal Mortgage & Equity, LLC,    *
                                      *
         **Plaintiff(s)**              *
                                      *
v.                                    *   CIVIL ACTION NO. AMC 00 CV 0171
                                      *   ✓ FEE PAID
Southfork Apartments Limited Partnership, *
                                      *   ___ FEE NOT PAID
         **Defendant(s)**              *       (SEND LETTER)
*************************************************************

## MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO LOCAL RULE 101.1(b) OF THIS COURT, Mark D. Gately _____, ESQUIRE, A MEMBER OF THE BAR OF THIS COURT, MOVES THE ADMISSION OF Patrick R. Martin _____ ESQUIRE, TO APPEAR PRO HAC VICE IN THE CAPTIONED PROCEEDING AS COUNSEL FOR Defendant.

MOVANT AND THE PROPOSED ADMITTEE RESPECTFULLY CERTIFY AS FOLLOWS:

1) THE PROPOSED ADMITTEE IS A MEMBER IN GOOD STANDING OF THE BAR(S) OF THE STATE(S) OF Minnesota, MN Bar No. 0259445

AND/OR THE FOLLOWING UNITED STATES COURT(S): U.S. Dist. Ct., District of Minnesota

2) DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE FILING OF THIS MOTION, THE PROPOSED ADMITTEE HAS BEEN ADMITTED PRO HAC VICE IN THIS COURT __0__ TIME(S).

3) THE PROPOSED ADMITTEE HAS NEVER BEEN DISBARRED, SUSPENDED, OR DENIED ADMISSION TO PRACTICE, OR HAS SET FORTH ALL RELEVANT FACTS, INCLUDING DISPOSITION, AS FOLLOWS: None

REVISED 7/20/95

ORIGINAL

4) THE PROPOSED ADMITTEE IS FAMILIAR WITH THE FEDERAL RULES OF CIVIL PROCEDURE, THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THE FEDERAL RULES OF EVIDENCE, AND THE RULES OF PROFESSIONAL CONDUCT, AND UNDERSTANDS THAT HE/SHE SHALL BE SUBJECT TO THE DISCIPLINARY JURISDICTION OF THIS COURT.

5) CO-COUNSEL FOR THE PROPOSED ADMITTEE IN THIS PROCEEDING WILL BE THE UNDERSIGNED OR

___N/A_____ ESQUIRE, WHO HAS BEEN FORMALLY ADMITTED TO THE BAR OF THIS COURT.

6) IT IS UNDERSTOOD THAT ADMISSION PRO HAC VICE DOES NOT CONSTITUTE FORMAL ADMISSION TO THE BAR OF THIS COURT.

RESPECTFULLY SUBMITTED,

MOVANT:

Mark D. Gately
SIGNATURE

*[signature: Mark D. Gately]*

ADDRESS Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202

410-727-6464
OFFICE PHONE NUMBER

#00134
MD. U.S. DISTRICT COURT NUMBER

PROPOSED ADMITTEE:

*[signature]*

SIGNATURE   Patrick R. Martin
Flynn & Gaskins, L.L.P.

ADDRESS 333 So. Seventh St., #2900
Minneapolis, MN 55402

(612) 333-9500
OFFICE PHONE NUMBER

ORDER

MOTION   ✓   GRANTED

MOTION   _____   GRANTED subject to payment of $50.00 filing fee to Clerk of Court

MOTION   _____   DENIED

DATE: March 30, 2000

*[signature]*

JUDGE