IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | | |
|---|---|---|
| MUNICIPAL MORTGAGE & EQUITY, LLC, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 00-171 |
| | : | |
| SOUTHFORK APARTMENTS LIMITED PARTNERSHIP, | : | |
| Defendant | : | |

...o0o...

## ORDER

In accordance with the foregoing Memorandum, it is this 11th day of April, 2000, by the United States District Court for the District of Maryland,

(1) ORDERED that the motion to dismiss is GRANTED and this case is DISMISSED WITHOUT PREJUDICE; and it is further

(2) ORDERED that the Clerk shall CLOSE THIS CASE and TRANSMIT copies of this Order and the foregoing Memorandum to all counsel.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE